COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR

Appellate case name:     Browserweb Media Agency  V.  Maxus Energy Corporation

Appellate case number:   01-14-01028-CV

Trial court case number:  2014-63727

Trial court:               11th District Court of Harris County

Date motion filed:         January 19, 2016

Party filing motion:       Appellant

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/  Harvey Brown
☐ Acting Individually ☒  Acting for the Court

Panel consists of:  Chief Justice Radack, Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, Huddle, & Lloyd

Date:  February 4, 2016